479 A.2d 1112

Grippo v. Grippo, Appellant.

Submitted January 26, 1984. Andrew M. Schifino, for appellant;  Ronald J. Bua, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.